**Order entered February 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00807-CR
### No. 05-14-00808-CR

**NAKIA JUAN BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F12-45737-K and F12-45736-K**

## ORDER

Before the Court is the State's January 30, 2015 second motion for an extension of time to file its brief in this case. The brief was tendered to the Court along with the motion. We **GRANT** the State's motion. The State's brief is deemed filed as of the date of this order.

/s/     ADA BROWN
          PRESIDING JUSTICE